STATE v. KINSEY

No. 150 PC.

Case below: 17 N.C. App. 57.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

STATE v. LASSITER

No. 152 PC.

Case below: 17 N.C. App. 35.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

STATE v. LEA

No. 148 PC.

Case below: 17 N.C. App. 71.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

STATE v. McGHEE

No. 140 PC.

Case below: 16 N.C. App. 702.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

STATE v. SHANKLIN

No. 130 PC.

Case below: 16 N.C. App. 712.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.